UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDUARDO QUEZADA-MARTINEZ, | * |
| Petitioner, | * |
| v. | *   Civil Action No. 23-cv-12503-MJJ |
| ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, | * |
| Respondent. | * |

SERVICE ORDER

October 24, 2023

JOUN, D.J.

Immigration detainee Eduardo Quezada-Martinez has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

Upon review of the petition, the Court hereby orders:

1. The clerk of the court shall serve the petition on Respondent and the United States Attorney for the District of Massachusetts.

2. Respondent shall, within 21 days of the date of this order, respond to the petition. If Respondent moves to dismiss or otherwise opposes the petition, he must file a memorandum setting forth the facts and legal arguments in support his position.

**SO ORDERED.**

        /s/ Myong J. Joun
Myong J. Joun
United States District Judge