UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

GENERAL ORDER 19 –02
June 1, 2019

*STANDING PROCEDURAL ORDER RE: PUBLIC ACCESS TO IMMIGRATION CASES RESTRICTED BY FEDERAL RULES OF CIVIL PROCEDURE 5.2(C)*

   1. The court orders that in an action or proceeding relating to an order of removal, or to immigration benefits or detention, access to an electronic file is authorized to the extent provided by Fed. R. Civ. P. 5.2(c) for thirty days after the case filing. At that time, restrictions on remote access to the full electronic record shall be removed except for redactions required pursuant Rule 5.2(a) to protect confidential information (i.e., social security numbers).

   2. Any party who objects to the removal of the restrictions provided by Rule 5.2(c) shall file objections with the court within 14 days of the case filing. Any response to the objection shall be filed within seven days. Restrictions will not be lifted until the court rules on any objections.

   3. At all times, paper copies of documents restricted by Rule 5.2(c) will be provided when requested at each courthouse subject to the condition that they shall not be placed on the internet within the first thirty days after the case filing if there are no objections or until the presiding judge lifts the restriction.

   4. The presiding judge may modify this standing order at any time in the interest of justice.

   5. This order shall be served by the Clerk's Office on all parties when the case is filed and on each person that requests a paper record.

   So ordered.

| | |
|---|---|
| */s/ Patti B. Saris* | */s/ Leo T. Sorokin* |
| Patti B. Saris | Leo T. Sorokin |
| Chief United States District Judge | United States District Judge |
| | |
| */s/ William G. Young* | */s/ Allison D. Burroughs* |
| William G. Young | Allison D. Burroughs |
| United States District Judge | United States District Judge |
| | |
| */s/ Nathaniel M. Gorton* | */s/ Rya W. Zobel* |
| Nathaniel M. Gorton | Rya W. Zobel |
| United States District Judge | Senior United States District Judge |
| | |
| | */s/ Mark L. Wolf* |
| Richard G. Stearns | Mark L. Wolf |
| United States District Judge | Senior United States District Judge |

| | |
|---|---|
| */s/ F. Dennis Saylor* | */s/ Douglas P. Woodlock* |
| F. Dennis Saylor | Douglas P. Woodlock |
| United States District Judge | Senior United States District Judge |
| | |
| */s/ Denise J. Casper* | */s/ Edward F. Harrington* |
| Denise J. Casper | Edward F. Harrington |
| United States District Judge | Senior United States District Judge |
| | |
| */s/ Timothy J. Hillman* | */s/ Michael A. Ponsor* |
| Timothy J. Hillman | Michael A. Ponsor |
| United States District Judge | Senior United States District Judge |
| | |
| */s/ Indira Talwani* | */s/ George A. O'Toole* |
| Indira Talwani | George A. O'Toole |
| United States District Judge | Senior United States District Judge |
| | |
| */s/ Mark Mastroianni* | |
| Mark Mastroianni | |
| United States District Judge | |